| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) 96-6209-CR-GOLD |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT SD/FL | DIVISION Fort Lauderdale |
|---|---|---|
| David Anthony Scott 550 Battery Street, #1911 San Francisco, CA 94111 | NAME OF SENTENCING JUDGE Honorable Wilkie D. Ferguson, Reassigned to the Honorable Alan S. Gold | |

| SD/FL PACTS No. 51235 | DATES OF PROBATION SUPERVISED RELEASE | FROM 8/17/05 | TO 8/16/2010 |
|---|---|---|---|

OFFENSE- Count One: Attempt to possess with Intent to Distribute Cocaine, 21 U.S.C. §846: Count Two: Using a Firearm During a Drug Trafficking Crime, 18 U.S.C. §924: Count Three: Possession of a Firearm by a Convicted Felon, 18 U.S.C. §922

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

 **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Northern District of California</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/14/07
Date                                    United States District Judge  ALAN S. GOLD

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

 **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/9/08
Effective Date                          United States District Judge
                                        Phyllis J. Hamilton
                                        United States District Judge